1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN STONE and DIANNE STONE
                                    No. 2:09-cv-02394-MCE-EFB
12            Plaintiffs,

13       v.                         MEMORANDUM AND ORDER

14   INDYMAC F.S.B.; MTC FINANCIAL
     DBA TRUSTEE CORPS; MORTGAGE
15   ELECTRONIC REGISTRATION
     SYSTEMS, INC.; ABSOLUTION LOAN
16   INC.; KEVIN D. MCGILL; STEVE
     PETEE; and DOES 1-20
17   inclusive,

18            Defendants.

19                       ----oo0oo----

20

21       Presently before the Court are Motions by Defendants MTC

22   Financial Inc. dba Trustee Corps and Mortgage Electronic

23   Registration Systems, Inc. ("Defendants") to dismiss the First

24   Amended Complaint of Plaintiffs John Stone and Dianne Stone

25   ("Plaintiffs") for failure to state a claim upon which relief may

26   be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

27   Plaintiffs have failed to timely file Opposition to Defendants'

28   Motions.

                              1

1   Pursuant to Local Rule 78-230(c), opposition to a motion

2   must be filed not less than fourteen (14) days prior to the date

3   of the hearing.  The date of the hearings on motions were set for

4   December 10, 2009.  Fourteen (14) days prior to the hearings was

5   November 26, 2009.  To date, no opposition has been filed as

6   required.  In light of the fact that no opposition has been filed

7   by Plaintiffs, Defendants' Motions to Dismiss[1] are GRANTED with

8   leave to amend.  (Docket No. 15 and Docket No. 21)

9   Plaintiffs may file an amended complaint not later than

10  twenty (20) days after the date this Memorandum and Order is

11  filed electronically.  If no amended complaint is filed within

12  said twenty (20)-day period, without further notice, Plaintiffs'

13  claims will be dismissed without leave to amend.

14  IT IS SO ORDERED.

15  Dated: December 10, 2009

16

17  _____

18  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27   [1] Because oral argument will not be of material assistance,
    the Court orders this matter submitted on the briefs.  E.D. Cal.
28  Local Rule 78-230(h).

2