LAW OFFICES OF SHARON L. LAPIN
SHARON L. LAPIN SBN 165919
110 LOCH LOMOND DR.
SAN RAFAEL, CA 94901
PHONE: (415) 258-1651
FAX: (916) 258-0326
email: lapinlaws@juno.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STONE AND DIANNE STONE,<br><br>          Plaintiffs,<br>v.<br><br>INDYMAC FEDERAL BANK; INDYMAC, F.S.B.; MTC FINANCIAL, INC., DBA TRUSTEE CORPS; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDX MORTGAGE LOAN TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2006; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ABSOLUTE LOAN INC.; KEVIN DANIEL MCGILL; STEVE PETEE and DOES 1-20 inclusive,<br><br>          Defendants.<br>_____/ | CASE NO.: 2:09-CV-02394MCE-EFB<br><br>ORDER GRANTING MOTION TO APPEAR BY TELEPHONE FOR THE MOTION TO DISMISS<br><br>JUDGE:  Morrison C. England, Jr.<br>DATE:   January 14, 2010<br>TIME:   2:00 P.M.<br>DEPT:   Courtroom 7 |

The Court having reviewed the Motion to Appear by Telephone at the Motion to Dismiss Plaintiffs' Complaint filed by Plaintiffs, good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED, that Plaintiffs' Counsel may appear telephonically at the Motion to Dismiss currently set to be heard on January 14, 2010 in Courtroom 7, before the Honorable Morrison C. England, Jr. of the above entitled Court, by and through their counsel, Sharon L. Lapin (415) 258-1651.

Dated: January 4, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE