ROBERT J. CATHCART (BAR NO. 54906)
EMILY L. MURRAY (BAR NO. 223815)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mcathcart@allenmatkins.com
          emurray@allenmatkins.com

CYNTHIA M. JARA (BAR NO. 212011)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Phone: (310) 788-2400
Fax: (310) 788-2410
E-Mail: cjara@allenmatkins.com

Attorneys for Defendant
DEUTSCHE BANK NATIONAL TRUST
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STONE AND DIANNE STONE,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC FEDERAL BANK; INDYMAC, F.S.B.; MTC FINANCIAL, INC., DBA TRUSTEE CORPS; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDX MORTGAGE LOAN TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2006; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ABSOLUTE LOAN INC.; KEVIN DANIEL MCGILL; STEVE PETEE and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 2:09-CV-02394-MCE-EFB<br><br>[Assigned to Judge Hon. Morrison C. England, Jr.]<br><br>**ORDER ALLOWING TELEPHONIC APPEARANCE BY CYNTHIA M. JARA AT JANUARY 14, 2010 HEARING ON MOTION TO DISMISS**<br><br>Date: January 14, 2010<br>Time: 2:00 p.m.<br>Ctrm: 7<br><br>Complaint Filed: August 26, 2009 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

655213.01/WLA

Case No. 2:09-CV-02394-MCE-EFB
[PROPOSED] ORDER ALLOWING
TELEPHONIC APPEARANCE BY CYNTHIA
M. JARA AT JANUARY 14, 2010 HEARING

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

It is hereby ORDERED that Cynthia M. Jara be allowed to appear telephonically at the hearing on Deutsche Bank's Motion to Dismiss, which is set for January 14, at 2:00 p.m., in Courtroom 7 of the above-entitled court, located at 501 I Street, Sacramento, California.

Dated: January 11, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

655213.01/WLA

Case No. 2:09-CV-02394-MCE-EFB
[PROPOSED] ORDER ALLOWING
TELEPHONIC APPEARANCE BY CYNTHIA
M. JARA AT JANUARY 14, 2010 HEARING

-2-

PDF created with pdfFactory trial version www.pdffactory.com