UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN STONE and DIANNE STONE

        Plaintiffs,

   v.

INDYMAC F.S.B.; MTC FINANCIAL DBA TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ABSOLUTION LOAN INC.; KEVIN D. MCGILL; STEVE PETEE; and DOES 1-20 inclusive,

        Defendants.

No. 2:09-cv-02394-MCE-EFB

MEMORANDUM AND ORDER

----oo0oo----

Presently before the Court is a Motion by Defendant Deutsche Bank National Trust Company ("Defendant") to Dismiss the First Amended Complaint of Plaintiffs John Stone and Dianne Stone ("Plaintiffs") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiffs have failed to timely file opposition to Defendant's motion.

1

1    Pursuant to Local Rule 78-230(c), opposition to a motion
2 must be filed not less than fourteen (14) days prior to the date
3 of the hearing.  No opposition was filed as required.  In light
4 of the fact that for the second time, no opposition was filed by
5 Plaintiffs to Defendants' Motion to Dismiss[1], the motion is
6 GRANTED without leave to amend.
7    IT IS SO ORDERED.

 Dated: January 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2