1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3813
   Telephone:   (415) 398-8080
4  Facsimile:   (415) 398-5584

5  Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
   CORPORATION, as RECEIVER for INDYMAC FEDERAL
6  BANK, FSB

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                SACRAMENTO DIVISION

| | |
|---|---|
| JOHN STONE; DIANNE STONE,<br><br>            Plaintiffs,<br><br>    v.<br><br>INDYMAC FSB; MTC FINANCIAL DBA TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; ABSOLUTE LOAN INC.; KEVIN D. MCGILL; STEVE PETEE, and DOES 1-20 inclusive,<br><br>            Defendants. | CASE NO.   2:09-cv-02394-MCE-EFB<br><br>**ORDER GRANTING SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND REQUEST FOR STAY**<br><br>CTRM:   7<br>JUDGE:  HON. MORRISON C. ENGLAND, JR. |

1  THE COURT, having reviewed the Substitution Of Federal Deposit Insurance Corporation, As Receiver For Indymac Federal Bank, FSB and the requested stay, and good cause having been shown,

IT IS HEREBY ORDERED:

(1) that the Federal Deposit Insurance Corporation, as Receiver for Indymac Federal Bank ("FDIC as Receiver"), is substituted in for named defendants Indymac FSB and Indymac Federal Bank, and

(2) that all proceedings in this matter are stayed for ninety (90) days from the date of this order.

IT IS SO ORDERED.

Dated: May 6, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

996202v1